

**FILED**
JUL 0 5 2017
Clerk, U S District Court
District Of Montana
Missoula

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK USER:<br><br>http://www.facebook.com/pedro.pedon.5 THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK | MJ 17-36 - M -JCL<br><br>**ORDER** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it including the Application, Search Warrant and Affidavit filed herein are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 5th day of July, 2017.

Jeremiah C. Lynch
JEREMIAH C. LYNCH
United States Magistrate Judge