

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| In the Matter of the Search of:<br><br>Accounts of Facebook user name:<br>http://www.facebook.com/pedro.pedon.5 | MJ-17-36-M-JCL<br><br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 7th day of August, 2017.

Jeremiah C. Lynch
United States Magistrate Judge